IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>DEIRDRE GARRISON, Revenue Officer,<br><br>            Petitioners,<br><br>    v.<br><br>RONALD P. GOLDMAN,<br><br>            Respondent. | NO. CV 09-0313 WDB<br><br>[~~Proposed~~]<br>ORDER TO SHOW CAUSE RE<br>ENFORCEMENT OF INTERNAL<br>REVENUE SERVICE SUMMONS |

    Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on January 23, 2009, it is hereby:

    **ORDERED** that respondent JANA W. GOLDMAN appear before this Court on **April 8, 2009, at 2:30 p.m.**, in Courtroom No. 4, 3rd Floor, United States District Court, 1301 Clay Street, Oakland, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition; and it is further

    **ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above

specified; and it is further

**ORDERED** that within twenty-one (21) days before the return date of this Order, respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desires to make, that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order; that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any uncontested allegation in the petition will be considered admitted.

**ORDERED** on February 17, 2009, at Oakland, California.

_Wayne D. Brazil_
UNITED STATES MAGISTRATE JUDGE

ORD. TO SHOW CAUSE RE ENF.
OF IRS SUMMONS                                  2